IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHERWOOD SIMMONS**                                                **PLAINTIFF**

v.                    No. 1:14-cv-24-DPM-HDY

**JACKSON COUNTY and MIKE SMITH,**
**Administrator, Jackson County Jail**                  **DEFENDANTS**

### ORDER

Opposed recommendation, № 5, adopted as modified. FED. R. CIV. P. 72(b)(3). Simmons's breaking a tooth on a safety pin in his food is regrettable, but he has not stated constitutional claims against Jackson County or Smith. All claims will be dismissed without prejudice. The dismissal counts as a strike. 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 April 2014