IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHERWOOD SIMMONS**                                                   **PLAINTIFF**

v.                        No. 1:14-cv-24-DPM

**JACKSON COUNTY and MIKE SMITH,**
**Administrator, Jackson County Jail**                  **DEFENDANTS**

JUDGMENT

Simmons's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 April 2014